YVONNE A. LEBARON, Respondent, v. AUGUSTE BARTOLI et al., as Ancillary Administrators with the Will Annexed of the Estate of FRANCOIS COTY Deceased, Appellants.

Argued April 20, 1937; decided May 25, 1937.

500

*David Brady, Kenneth F. Simpson* and *Leo Brady* appearing specially for appellants.

*Samuel Seabury, Francis L. Kohlman* and *George Trosk* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.